IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DOUGLAS RAY RICHARDS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:16-CV-221 |
| | § | |
| STEVEN AMBRIZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

# <u>ORDER</u>

The Court has received Defendants' motions for summary judgment, Dkt. Nos. 47, 54, Plaintiff's filings, Dkt. Nos. 70, 71, and the magistrate judge's Memoranda and Recommendations ("M&R"), Dkt. Nos. 62, 64, 65.

After independently reviewing the filings, record, and applicable law, the Court **STRIKES AS MOOT** the magistrate judge's first April 26, 2018, M&R, Dkt. No. 62, and **ADOPTS** the magistrate judge's other April 26, 2018, M&Rs, Dkt. Nos. 64, 65. The Court **DENIES** Defendants' first motion for summary judgment, Dkt. No. 47, **GRANTS** Defendants' subsequent motion for summary judgment, Dkt. No. 54, **DISMISSES WITH PREJUDICE** Plaintiff's excessive-force claims for failure to exhaust, and **DISMISSES** Defendant John Doe from this action. Because no claims remain in this case, final judgment will be entered separately.

SIGNED this 4th day of September, 2018.

_____
Hilda Tagle
Senior United States District Judge

1 / 1